PHILLIP A. TALBERT
Acting United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTOS SEGUNDO GERARDO,<br><br>　　　　　Defendant. | CASE NO.   2:24-cr-0274 JAM<br><br>[PROPOSED] ORDER TO SEAL<br><br>**(UNDER SEAL)** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney ZULKAR KHAN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: October 3, 2024

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT                                  1