HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
SANTOS SEGUNDO GERARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:24-cr-00274-JAM |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. ) | |
| SANTOS SEGUNDO GERARDO, ) | Date: January 21, 2025 |
| Defendant. ) | Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Zulkar Khan, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Santos Segundo Gerardo, that the status conference scheduled for December 17, 2024, be continued to **January 21, 2025, at 9:00 a.m.**

The government has produced discovery associated with this case, in excess of a hundred pages, on November 19, 2024. Counsel for defendant needs more time to review the discovery and consult with their client. The parties are engaged in plea negotiations, and the government has extended a Fast-Track offer to Mr. Segundo Gerardo. Mr. Segundo Gerardo is considering the offer, and the parties anticipate converting the next status conference to a change of plea and sentencing hearing. All parties are available on January 21, 2025, and therefore request that date for the next status conference. A continuance to January 21, 2025, will provide sufficient time

for the parties to obtain the expedited PSR and confirm whether or not Mr. Gerardo will be entering a change of plea at the hearing.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: December 5, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan T. Hopkins*
　　　　　　　　　　　　　　　　　　　　　　MEGAN T. HOPKINS
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　SANTOS SEGUNDO GERARDO


　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: December 5, 2024　　　　　　　　　　　*/s/ Zulkar Khan*
　　　　　　　　　　　　　　　　　　　　　　ZULKAR KHAN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for December 17, 2024, at 9:00 a.m. is continued to **January 21, 2025, at 9:00 a.m.** The time period through January 21, 2025, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: December 5, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE